## AUGUST WISCHOVER

*v.*

## GERMAN MUTUAL FIRE INS. CO. OF NORTH CHICAGO.

JUROR—*competency—opinion on construction of a resolution.* Where a juror was challenged as having formed an opinion as to the construction of a written resolution of the directors of an insurance company, which had been offered in evidence on the trial of a former case similar to the one on trial, and in which former case the person had served as a juror, and the court disallowed the challenge: *Held,* that, as the construction of the resolution was a question of law, the court did not err in holding the juror competent.

APPEAL from the Superior Court of Cook county; the Hon. WILLIAM A. PORTER, Judge, presiding.

Mr. GEORGE W. PARKES, for the appellant.

Messrs. BARBER & LACKNER, for the appellee.

Per CURIAM: The questions arising upon this record are substantially the same as in the case of *Williams* v. *German Mutual Fire Insurance Company of North Chicago,* 68 Ill. 387, and this case is decided in the same way.

There was a further point made in this case, upon the overruling of a challenge to a juror who had sat on the trial of a former case, brought upon a similar premium note, on the ground of having formed an opinion. The supposed opinion seemed to have been in regard to a written resolution of the company, offered in evidence on the former trial.

The construction of the resolution was a question of law for the court to pass upon, and we can not say that the court erred in admitting the juror as not having formed such an opinion as should disqualify him from sitting as a jurror in the case.

The judgment of the court below will be affirmed.

*Judgment affirmed.*